# UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA
## (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:16–cv–03505–BRO–AGR

| | |
|---|---|
| Michael Ysasaga v. The Paul Revere Life Insurance Company | Date Filed: 05/20/2016 |
| Assigned to: Judge Beverly Reid O'Connell | Date Terminated: 07/15/2016 |
| Referred to: Magistrate Judge Alicia G. Rosenberg | Jury Demand: Plaintiff |
| Case in other court:  Los Angeles Superior Court, BC617352 | Nature of Suit: 110 Insurance |
| Cause: 28:1441 Notice of Removal – Breach of Contract | Jurisdiction: Diversity |

**Plaintiff**

**Michael Ysasaga**     represented by     **Cooper F Johnson**
Shernoff Bidart Echeverria Bentley LLP
301 North Canon Drive Suite 200
Beverly Hills, CA 90210
310–246–0503
Fax: 310–246–0380
Email: cjohnson@shernoff.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel Lawrence Bruchey**
Shernoff Bidart Echeverria Bentley LLP
301 North Canon Drive Suite 200
Beverly Hills, CA 90210
310–246–0503
Fax: 310–246–0380
Email: sbruchey@shernoff.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William M Shernoff**
Shernoff Bidart Escheverria Bentley LLP
301 North Canon Drive Suite 200
Beverly Hills, CA 90210
310–246–0503
Fax: 310–246–0380
Email: wshernoff@shernoff.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The Paul Revere Life Insurance Company**     represented by     **Daniel W Maguire**
Burke Williams and Sorensen LLP
444 South Flower Street Suite 2400
Los Angeles, CA 90071–2953
213–236–0600

Fax: 213–236–2700
Email: dmaguire@bwslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melissa M Cowan**
Burke Williams and Sorensen LLP
444 South Flower Street Suite 2400
Los Angeles, CA 90071
213–236–0600
Fax: 213 236 2700
Email: mcowan@bwslaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does**
*1 through 10 inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/20/2016 | Ï 1 | NOTICE OF REMOVAL from Los Angeles, case number BC617352 Receipt No: 0973–17856739 – Fee: $400, filed by Defendant The Paul Revere Life Insurance Company. (Attachments: # 1 Exhibit 1) (Attorney Melissa M Cowan added to party The Paul Revere Life Insurance Company(pty:dft))(Cowan, Melissa) (Entered: 05/20/2016) |
| 05/20/2016 | Ï 2 | CIVIL COVER SHEET filed by Defendant The Paul Revere Life Insurance Company. (Cowan, Melissa) (Entered: 05/20/2016) |
| 05/20/2016 | Ï 3 | NOTICE of Interested Parties filed by Defendant The Paul Revere Life Insurance Company, (Cowan, Melissa) (Entered: 05/20/2016) |
| 05/20/2016 | Ï 4 | DECLARATION OF SERVICE filed by Defendant The Paul Revere Life Insurance Company, served on May 20, 2016. (Cowan, Melissa) (Entered: 05/20/2016) |
| 05/20/2016 | Ï | CONFORMED COPY OF COMPLAINT against Defendants The Paul Revere Life Insurance Company. Jury Demanded, filed by Plaintiff Michael Ysasaga. Filed in State Court on 4/18/16 Submitted with attachment 1 exhibit 1 to Notice of Removal (car) (Entered: 05/23/2016) |
| 05/23/2016 | Ï 5 | NOTICE OF ASSIGNMENT to District Judge Beverly Reid OConnell and Magistrate Judge Alicia G. Rosenberg. (car) (Entered: 05/23/2016) |
| 05/23/2016 | Ï 6 | NOTICE TO PARTIES OF COURT–DIRECTED ADR PROGRAM filed. (car) (Entered: 05/23/2016) |
| 05/23/2016 | Ï 7 | STANDING ORDER REGARDING NEWLY ASSIGNED CASES upon filing of the complaint by Judge Beverly Reid O'Connell. (rfi) (Entered: 05/23/2016) |
| 05/24/2016 | Ï 8 | DECLARATION OF SERVICE filed by Defendant The Paul Revere Life Insurance Company, re Initial Order upon Filing of Complaint – form only 7 , Notice of Assignment to United States Judges(CV–18) – optional html form 5 served on May 24, 2016. (Cowan, Melissa) (Entered: 05/24/2016) |
| 05/27/2016 | Ï 9 | ANSWER *to Complaint* filed by Defendant The Paul Revere Life Insurance Company.(Cowan, Melissa) (Entered: 05/27/2016) |
| 05/27/2016 | Ï 10 | |

| | | |
|---|---|---|
| | | ORDER SETTING SCHEDULING CONFERENCE by Judge Beverly Reid O'Connell. Scheduling Conference set for 8/29/2016 at 01:30 PM before Judge Beverly Reid O'Connell. (rfi) (Entered: 05/27/2016) |
| 06/20/2016 | 11 | NOTICE OF MOTION AND MOTION to Transfer Case to United States District Court for the Southern District of Texas (Houston Division) filed by Defendant The Paul Revere Life Insurance Company. Motion set for hearing on 7/18/2016 at 01:30 PM before Judge Beverly Reid O'Connell. (Attachments: # 1 Declaration Joseph Sullivan, # 2 Exhibit 1-15 to Dec. of Joseph Sullivan, # 3 Declaration Melissa M. Cowan, # 4 Exhibit 16 to Dec. of Melissa M. Cowan, # 5 Proposed Order) (Cowan, Melissa) (Entered: 06/20/2016) |
| 06/27/2016 | 12 | NOTICE of Interested Parties filed by Plaintiff Michael Ysasaga, (Bruchey, Samuel) (Entered: 06/27/2016) |
| 06/27/2016 | 13 | Opposition to Motion to Transfer Opposition re: NOTICE OF MOTION AND MOTION to Transfer Case to United States District Court for the Southern District of Texas (Houston Division) 11 filed by Plaintiff Michael Ysasaga. (Attachments: # 1 Proposed Order)(Bruchey, Samuel) (Entered: 06/27/2016) |
| 07/01/2016 | 14 | REPLY to Plaintiff's Opposition to NOTICE OF MOTION AND MOTION to Transfer Case to United States District Court for the Southern District of Texas (Houston Division) 11 filed by Defendant The Paul Revere Life Insurance Company. (Cowan, Melissa) (Entered: 07/01/2016) |
| 07/15/2016 | 15 | MINUTE ORDER IN CHAMBERS by Judge Beverly Reid O'Connell: For the reasons stated herein, the Court GRANTS Defendant's Motion to Transfer Venue 11 . Accordingly, this action is hereby TRANSFERRED to the United States District Court for the Southern District of Texas (Houston Division). The hearing scheduled for July 18, 2016, is hereby VACATED. IT IS SO ORDERED. (MD JS-6 Case Terminated.) (cw) (Entered: 07/15/2016) |