| United States District Court | Southern District of Texas |
|---|---|

Michael Ysasaga, §
§
    Plaintiff, §
§
versus §    Civil Action H-16-2111
§
The Paul Revere Life Insurance Company, §
§
    Defendant. §

United States District Court
Southern District of Texas
**ENTERED**
May 02, 2017
David J. Bradley, Clerk

## Final Dismissal

1. Having been advised that the parties have reached a settlement, this case is dismissed with prejudice.

2. This court retains jurisdiction to enforce the settlement.

Signed on May 2, 2017, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge